**BAKER, LESHKO, SALINE & DRAPEAU, LLP**
*Attorneys for Plaintiff*
**One North Lexington Avenue**
**White Plains, New York 10601**

**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

WAMPUS MILLS, LLC and the : 25 Civ. 01582 (JGLC)
BYRAM CONDOMINIUM,
 :
           Plaintiffs,
 :
  -against-
 : NOTICE OF MOTION
TOWN OF NORTH CASTLE,
 :
           Defendant.
 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

C O U N S E L O R S:

      PLEASE TAKE NOTICE that upon the annexed Declaration of Mitchell J. Baker, dated May 7, 2025, the annexed Declaration of Frank Madona, Sr., dated May 6, 2025, the Complaint, dated February 25, 2025, the letter of Robert Melillo, the Building Inspector for the defendant, dated December 17, 2024, the exhibits annexed hereto, and all of the proceedings heretofore had herein, Wampus Mills, LLC and the Byram Condominium, the within plaintiffs, will move this Court on the ___ day of May, 2025 at the Courthouse, 500 Pearl Street, Room ____, New York, New York 10007, for an order pursuant to Federal Rule of Civil Procedure §65(a) and (b) for a temporary restraining order and preliminary injunction enjoining and prohibiting the Town of North Castle, the within defendant,

1

during the pendency of this lawsuit from taking any steps to revoke or modify the certificates of occupancy previously issued in connection with Byram Condominium and any of the individual condominium units contained within the Byram Condominium as more set forth in the accompanying Proposed Order, together with such other, further, and different relief this court deems just.

Dated: White Plains, New York
      May 7, 2025

                                        BAKER, LESHKO, SALINE & DRAPEAU, LLP
                                        *Attorneys for Plaintiff*

                                        By: _____
                                            Mitchell J. Baker

To:   Abrams Fensterman, LLP
      *Attorneys for Defendant*
      81 Main Street
      White Plains, New York 10601

The Court is in receipt of the parties' May 8, 2025 email indicating that Defendant will consent to Plaintiffs' application. As such, the Court will take no action on Plaintiffs' application for a temporary restraining order and preliminary injunction until it receives a proposed stipulation from the parties or until Plaintiffs file notice on the docket that they seek to renew the application.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: May 9, 2025
       New York, New York

2