**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
WAMPUS MILLS, LLC & THE BYRAM
CONDOMINIUM.,

                                 Plaintiff,           25 **CIVIL** 01582 (JGLC)

      -v-                                         **JUDGMENT**

TOWN OF NORTH CASTLE, et al,

                               Defendant.
-----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 26, 2026, the Court dismisses Plaintiffs' facial Takings Clause and due process claims with prejudice. The Court dismisses Plaintiffs' as-applied claims without prejudice as unripe. The Court GRANTS Defendant North Castles Motion to Dismiss Plaintiffs' Amended Complaint in its entirety. Accordingly, the case is closed.

**Dated:** New York, New York

      March 27, 2026

                                         **TAMMI M. HELLWIG**

                                    _____
                                        **Clerk of Court**

**BY:**

                                       _____
                                         **Deputy Clerk**